

ORDERED in the Southern District of Florida on July 29, 2010.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION**

IN RE:

Anthony Wayne McCranie a/k/a Anthony W. McCranie,

    Debtor.

CASE NO. 10-26384-PGH
CHAPTER 13 CASE

**AGREED ORDER APPROVING STIPULATION OF DEBTOR AND**
**U.S. BANK FOR TERMINATION OF STAY**
**AS TO PROPERTY AT 31 Palm Leaf Lane, Lake Placid, Florida 33852**

    **THIS CAUSE** is before the Court upon a Motion for Approval of Stipulation of Debtor and U.S. Bank National Association, its Successors and/or its Assigns, for Termination of Stay as to the property at **31 Palm Leaf Lane, Lake Placid, Florida 33852** (Docket No. 22), and the parties having agreed to the entry of this Order, and the Court being otherwise more fully advised in the premises, it is:

    **ORDERED:**

    (1) The Stipulation of the parties is approved.

    (2) Secured Creditor shall have relief from stay with regard to the real property located at **31 Palm Leaf Lane, Lake Placid, Florida 33852**, legally described as:

>LOT 1, BLOCK 2, PALM HAVEN, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 10, PAGE 17, PUBLIC RECORDS OF HIGHLANDS COUNTY, FLORIDA. TOGETHER WITH A 2001 DOUBLEWIDE FLEETWOOD MOBILE HOME, TITLE # 86082381, SERIAL #FLFLY70A28371-LP31 AND TITLE #86082562, SERIAL #FLFLY70B28371.

Provided, however, that the automatic stay shall be lifted for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor.

(3)     This Stipulation will be effective immediately upon the entry of the Order Approving Stipulation so that Secured Creditor can pursue its *in rem* remedies without further delay.

(4)     All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

###

**Order submitted by:**
Lindsey A. Savastano, Esq.
Attorney for Secured Creditor
900 South Pine Island Road Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000 / Extension 1637

**Lindsey A. Savastano is directed to serve copies of this order on the parties listed and file a certificate of service.**

Anthony Wayne McCranie a/k/a Anthony W. McCranie
31 Palm Leaf Lane, Lake Placid, FL 33852

Robin R. Weiner, Trustee
P.O. Box 559007, Fort Lauderdale, FL 33355

U.S. Trustee, Office of the U.S. Trustee
51 SW 1 Ave., Suite 1204, Miami, FL 33130

Sean M. Murray, Esq.
Attorney for the Debtor
1147 S. Ocean Dr., Ft. Pierce, FL 34949
10-00405 (FRB)FM.mfa